# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:22-MJ-00133 |
| MARIA LETICIA QUINTELA | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of __March 4, 2022__ in the county of __Hamilton__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to distribute fentanyl |

This criminal complaint is based on these facts:

See Affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

Michael Matulewicz, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.
**via electronic means, specifically Facetime video.**

Date: **Mar 7, 2022**

*Judge's signature*

City and state: Cincinnati, Ohio — Hon. Stephanie K. Bowman, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF A CRIMINAL COMPLAINT AND ARREST WARRANT FOR:<br>**Maria Leticia QUINTELA**<br>**Charles Edward GARNER, Jr.** | Case No. **1:22-MJ-00133**<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Michael Matulewicz, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. This affidavit is submitted in support of a criminal complaint and arrest warrant for the following individuals: Maria Leticia QUINTELA and Charles Edward GARNER, Jr., charging them with conspiracy to distribute 400 or more grams of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (hereinafter "fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A). This affidavit is submitted for the limited purpose of demonstrating probable cause and therefore I have not revealed each and every fact I know about this investigation.

2. I am a Detective with the Norwood (Ohio) Police Department, currently assigned as a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA). I have been assigned to the DEA since May of 2018 and I have been a police officer for nine years. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). I earned a Bachelor of Science Degree and graduated from the

United States Marine Corps' Officer Candidate School as well as the Ohio Peace Officer Training Academy (OPOTA). During the course of my law enforcement career, I have received hundreds of hours in various narcotics trainings, in addition to training in the use, preparation, and execution of search and seizure warrants through OPOTA. As a TFO with the DEA, my duties and responsibilities include conducting criminal investigations for violations of federal law, particularly those found in Title 21 and Title 18 of the United States Code. During my tenure with the DEA, I have participated in several criminal investigations seeking evidence of violations of the Controlled Substances Act (Title 21, of the United States Code).

3.  I am currently assigned to the Cincinnati Resident Office of the DEA. I received specialized training from the DEA and OPOTA. That training focused on methods of unlawful drug trafficking; the identification of controlled substances; surveillance; undercover operations; confidential source management; the means by which drug traffickers derive, launder, and conceal their profits of drug trafficking; the use of assets to facilitate unlawful drug trafficking activity; and the law permitting forfeiture to the United States of assets purchased with drug proceeds or assets used or intended to be used to facilitate illicit drug trafficking.

4.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE**

5.      In February of 2022, the Drug Enforcement Administration (DEA) Cincinnati District Office received information from a confidential source[1] (CS-1) about an unknown source of supply (UM-1) in Mexico who was working to establish a drug trafficking organization in the Cincinnati, Ohio area.  CS-1 told UM-1 that s/he had customers in the Cincinnati, Ohio area looking for drugs to purchase for distribution.  Using Mexico telephone number +52 (811) 008-2619, UM-1 coordinated with CS-1 the transport of fentanyl from Mexico to the Cincinnati, Ohio area.

6.      On March 3, 2022, UM-1 called CS-1 and said that he had drug couriers from Dallas, Texas driving to Cincinnati, Ohio with approximately 10,000 fentanyl pills.  CS-1 told UM-1 that s/he had a customer in Cincinnati who would purchase the pills for $100,000 and could be available for the exchange on March 4, 2022.

7.      On March 4, 2022, at approximately 10:55 a.m., UM-1 called CS-1 to determine a meet location for the deal.  CS-1 told UM-1 that his customer was available to meet at the Drury Inn and Suites located at 2265 East Sharon Road in Cincinnati, Ohio.  At that time, UM-1 told CS-1 his drug couriers were approximately an hour and a half out from the target location.

8.      At approximately 12:15 p.m., law enforcement met with a confidential source[2] (CS-2) at a neutral location.  Consistent with law enforcement protocol, CS-2 and his/her vehicle were

---

[1] In 2014, CS-1 pleaded guilty to Conspiracy to Distribute and was sentenced to 210 months in federal prison.  CS-1 has been cooperating with the DEA since 2017 for the possibility of a reduced sentence.  During the course of CS-1's cooperation, CS-1 has provided reliable and accurate information that was independently corroborated by law enforcement.

[2] In 2022, CS-2 was indicted for Conspiracy to Distribute.  CS-2 has been cooperating with the DEA since 2021 for case consideration.  During the course of CS-2's cooperation, CS-2 has provided reliable and accurate information that was independently corroborated by law enforcement.

searched prior to the deal and those searches met with negative results. Additionally, CS-2 was outfitted with a recording device before meeting with UM-1's drug couriers.

9. Shortly after, CS-1 received a phone call from UM-1 telling him/her that his drug couriers were in the Drury Inn and Suites parking lot in a grey Chevrolet Malibu. Law enforcement surveilled the area and located a grey Chevrolet Malibu bearing New Mexico license plate BBYT01. A law enforcement query of that license plate showed that Leticia Maria QUINTELA was the registered owner. Law enforcement noted that the vehicle was occupied by a female in the driver's seat and a male in the passenger seat.

10. At approximately 12:24 p.m., CS-2 arrived at the Drury Inn and Suites and parked near the grey Malibu. CS-2 exited his/her vehicle and initiated conversation with the vehicle's occupants, Maria Leticia QUINTELA and Charles Edward GARNER, Jr. CS-2 confirmed that QUINTELA and GARNER, Jr. were the drug couriers sent by UM-1 and was shown a package wrapped in plastic contained in a black plastic back located in the truck of the grey Malibu. CS-2 asked to take a pill sample back to his/her "people" to ensure the purity of the product for resale. While CS-2, QUINTELA, and GARNER, Jr. were at the trunk of the grey Malibu, QUINTELA opened the package and placed ten (10) blue pills labeled "M-30" into a white envelope. CS-2 took the white envelope containing the pills and left the area to meet with law enforcement who immediately recovered the drugs.

11. At approximately 12:48 p.m., law enforcement debriefed with CS-2 who said that the requested 10,000 fentanyl pills were in the trunk of QUINTELA's grey Malibu and that the sample pills CS-2 received came directly from the package in the trunk. At the same time, QUINTELA and GARNER, Jr. left the area in the grey Malibu. Law enforcement followed the grey Malibu

until Ohio State Highway Patrol Troopers Kyle Doebrich and Justin VanMeter initiated a traffic stop in the area of Glendale-Milford Road and Evandale Drive in Cincinnati, Ohio area.

12. Based on probable cause that the Malibu was transporting fentanyl pills, troopers searched the car and located the package in the trunk of the grey Malibu that contained approximately 1,142 grams of fentanyl pills. The drugs were transported to the DEA Cincinnati District Office where they field-tested positive for fentanyl.

13. Thereafter, law enforcement arrested both QUINTELA and GARNER, Jr. The two were mirandized, waived their *Miranda* rights, and talked with law enforcement. GARNER, Jr. told law enforcement that he was going to be paid $2,000 to assist QUINTELA in the transport of an unknown type of drug. QUINTELA said that she was going to be paid $8,000 from an unknown Mexican drug cartel to transport the drugs that were described to her as "blues."

14. The events described above occurred within the Southern District of Ohio.

## CONCLUSION

Based on evidence obtained as a result of this investigation, I believe probable cause exists that Maria Leticia QUINTELA and Charles Edward GARNER, Jr. have engaged in a conspiracy to distribute fentanyl, a Schedule II controlled substance in the Southern District of Ohio in violation of Title 21 United States Code Section 846.

Respectfully submitted,

Michael Matulewicz
Task Force Officer
Drug Enforcement Administration

5

Subscribed and sworn to before me on this 7th day of March 2022.
**via electronic means, specifically Facetime video.**

*Stephanie K. Bowman*
HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE